IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Greg Frazier, ) | C/A No.: 3:13-cv-02780-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER REGARDING** |
| Palmetto HomeStyle, LLC; Don Spires; ) | **WITHDRAWAL OF** |
| Cheri W. Spires. ) | **DEFENDANT'S ATTORNEY** |
| ) | |
| Defendants. ) | |
| ) | |

The court has this date executed the attached order permitting H. Clayton Walker, Jr., Robert L. Reibold, and Walker & Reibold, LLC to withdraw as attorneys of record for defendants, Palmetto HomeStyle, LLC, Don Spires, and Cheri W. Spires, (hereafter "the clients"). The court will allow the clients thirty (30) days from the entry date of this order within which to mail the court notice of the identity of replacement counsel or, alternatively, of the client's desire to proceed with this litigation without an attorney ("*pro se*").[1] To this end, the client shall, within thirty (30) days from entry of this order, complete the attached Notice and mail it to the Clerk of Court at the address indicated. If the client fails to mail the attached letter to the clerk within the time prescribed, the court will assume that the client intends to proceed in this litigation without the benefit of attorney.[2] If the client chooses to proceed *pro se*, it remains responsible for insuring that the Clerk of Court has a current accurate address.

---

[1] If any party to this litigation is a corporation, the court hereby gives notice that a corporation may not appear through its corporate officers but may only appear in United States District Court through an attorney duly licensed to practice in this district. *E.g., Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

[2] A corporation cannot appear without an attorney duly licensed to practice in this district.

If no new attorney is obtained, the client is specifically advised that the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure. Failure to comply could have serious consequences including, but not limited to, striking a claim or defense or pleading.

IT IS SO ORDERED.

August 29, 2014                          Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge

3:13-cv-02780-JFA     Date Filed 08/29/14    Entry Number 36     Page 2 of 3

Mr. Donald Spires  
Mrs. Cheri Spires  
Palmetto HomeStyle, LLC  
2115 Broad Street  
Leesville, SC 29070  
Tel: 803-358-9120

The Honorable Robin L. Blume  
Clerk of Court  
United States District Court  
901 Richland Street  
Columbia, South Carolina  29201

In Re: 3:31-cv-02780-JFA Greg Frazier v. Palmetto HomeStyle, LLC, Don Spires, and Cheri Spires.

Dear Mrs. Blume:

In response to Judge Anderson's order, I wish to advise as follows:

\_\_\_\_\_     1.  I have obtained a new attorney to represent me in this matter.  His [or her] name, address, and telephone number are as follows:

_____

_____

_____

OR

\_\_\_\_\_     2.  I have **NOT** obtained a new attorney and will represent myself in this matter.  The clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address.  **Note: a corporation must retain counsel.**

_____  
Signature of Client