IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Greg Frazier, | C/A: 3:13-2780-JFA |
| Plaintiff, | |
| | ORDER |
| v. | |
| Palmetto HomeStyle, LLC; Don Spires; and Cheri W. Spires; | |
| Defendants. | |

This court previously established a deadline by which the defendant must notify the court of new counsel in this action. Defendants have filed documents with the court indicating that they are making a sincere attempt to obtain new counsel and that there is a possibility that insurance coverage may be available which would provide for defense costs.

For these reasons, the deadline by which the defendants must notify the court of the identity of the their new counsel is hereby extended until December 2, 2014.

No further extensions will be granted. Defendants are reminded that under existing law, a corporation may not be represented in court by its stockholders or officers, if they are not attorneys. For this reason, if new counsel is not obtained by December 1, 2014, the defendant corporation will be in default. The remaining individual defendants may proceed to represent themselves on a *pro se* basis.

IT IS SO ORDERED.

October 21, 2014                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge